| 513P13 | State v. Edward J. Watson | Def's *Pro Se* Motion for North Carolina Supreme Court to Review for State *Habeas* Relief from a Final Decision from COA (COAP13-759) | Denied |
|---|---|---|---|
| 515P13 | State v. Malcom L. Kinley Jr. | 1. Def's *Pro Se* Motion for NOA<br><br>2. Def's *Pro Se* Motion for PDR | 1. Dismissed *Ex Mero Motu*<br><br>2. Dismissed |
| 519P13 | State v. Morris S. McDonald | Def's PDR Under N.C.G.S. § 7A-31 (COA13-210) | Denied |
| 524P13 | Arnold Floyd Johnson v. Crossroads Ford, Inc. | Def's PDR Under N.C.G.S. § 7A-31 (COA13-173) | Denied |
| 525P13 | State v. Dennis O'Keith Blackwell | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-296) | Denied |
| 526P13 | State v. Timothy Glen Mills | Def's PDR Under N.C.G.S. § 7A-31 (COA13-497) | Denied |
| 529P13 | State v. Nicholas Shay Plemmons | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied **11/22/2013** |
| 530P13 | State v. John Kwame Malunda, III | 1. State's Motion for Temporary Stay (COA13-372)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **11/22/2013** Dissolved the Stay **12/18/2013**<br><br>2. Denied<br><br>3. Denied |
| 534P13 | State v. Daniel Fred Larson | Def's PDR Under N.C.G.S. § 7A-31 (COA13-163) | Denied |